NUMBER 13-01-795-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


THERESA JOHNSON , Appellant,


v.



TEXAS DEPARTMENT OF REGULATORY SERVICES , Appellee.

___________________________________________________________________


On appeal from the County Court at Law No. 5 

of Nueces County, Texas

___________________________________________________________________

O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, THERESA JOHNSON , attempted to perfect an appeal from a decree of termination of parental rights entered
by the County Court at Law No. 5 of Nueces County, Texas, in cause number 00-60575-5 . Judgment in this cause was
signed on October 18, 2001 .Pursuant to Tex. R. App. P. 26.1(b), appellant's notice of appeal was due on November 7,
2001 , but was not filed until November 16, 2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect her appeal, and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .